**Daniel YESUDIAN, Petitioner,**

v.

**ENVIRONMENTAL PROTECTION AGENCY, Respondent.**

**No. 2009–3175.**

United States Court of Appeals, Federal Circuit.

Feb. 16, 2010.

Michael P. Deeds, Kestell & Associates, of Washington, DC, argued for petitioner. With him on the brief was James L. Kestell.

Elizabeth M. Hosford, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

Before LOURIE, RADER, and SCHALL, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.